**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

PLASPRO GMBH,

                Plaintiff,

   v.

TIMOTHY GENS and CHEMACOUSTIC
TECHNOLOGIES, INC.,

                Defendants.

_____/

**No. C 09-4302 RS**

**ORDER  RE: DEFENDANTS'
MOTION TO DISMISS**

In January 2010, Defendants Timothy Gens and Chemacoustic Technologies, Inc., filed a motion to dismiss the complaint in this case.  The Court has determined that this motion will be decided without oral argument pursuant to Civil Local Rule 7-1(b).  Plaintiff is therefore instructed to file its opposition no later than **March 12, 2010**.  Defendants should file their reply no later than **March 19, 2010**.  The matter will then be deemed under submission.

     IT IS SO ORDERED.

Dated:  02/26/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

**THIS IS TO CERTIFY THAT NOTICE OF THIS DOCUMENT WAS ELECTRONICALLY PROVIDED TO:**

David S. Harris                    dsh@northbaylawgroup.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Timothy Gens
8350 West Addison Avenue
Chicago, IL 60634

Babach Lau
Law Offices of Bobby Lau
75 E. Santa Clara Street
Suite 295
San Jose, CA 95113

Dated: 02/26/2010                    /s/ Chambers Staff
                                     Chambers of Magistrate Judge Richard Seeborg

2