*E-Filed 02/26/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PLASPRO GMBH, | **No. C 09-4302 RS** |
| Plaintiff, | **ORDER RE: DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| TIMOTHY GENS and CHEMACOUSTIC TECHNOLOGIES, INC., | |
| Defendants. | |
| _____/ | |

In January 2010, Defendants Timothy Gens and Chemacoustic Technologies, Inc., filed a motion to dismiss the complaint in this case. The Court has determined that this motion will be decided without oral argument pursuant to Civil Local Rule 7-1(b). Plaintiff is therefore instructed to file its opposition no later than **March 12, 2010**. Defendants should file their reply no later than **March 19, 2010**. The matter will then be deemed under submission.

IT IS SO ORDERED.

Dated: 02/26/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. C 09-4302 RS
ORDER

**THIS IS TO CERTIFY THAT NOTICE OF THIS DOCUMENT WAS ELECTRONICALLY PROVIDED TO:**

David S. Harris                                    dsh@northbaylawgroup.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Timothy Gens
8350 West Addison Avenue
Chicago, IL 60634

Babach Lau
Law Offices of Bobby Lau
75 E. Santa Clara Street
Suite 295
San Jose, CA 95113

Dated: 02/26/2010                          /s/ Chambers Staff
                                           Chambers of Magistrate Judge Richard Seeborg