**E-Filed 07/28/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PLASPRO GMBH, | No. C 09-04302 RS |
| Plaintiff, | **ORDER** |
| v. | |
| TIMOTHY GENS; and CHEMACOUSTIC TECHNOLOGIES, INC., | |
| Defendants. | |

Pursuant to Title 28, U.S.C. Section 636(c) and Civil Local Rule 73-1(b), the parties have submitted written consent to Magistrate Jurisdiction. Accordingly, all hearings and deadlines currently scheduled before this Court are vacated and the instant case is referred to a Magistrate Judge sitting in San Jose for all further proceedings.

IT IS SO ORDERED.

Dated: 07/28/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT NOTICE OF THIS DOCUMENT WAS ELECTRONICALLY PROVIDED TO:**

David S. Harris          dsh@northbaylawgroup.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Timothy Gens
8350 West Addison Avenue
Chicago, IL 60634

Babach Lau
Law Offices of Bobby Lau
75 E. Santa Clara Street
Suite 295
San Jose, CA 95113

Dated: 07/28/2010          /s/ Chambers Staff
                           Chambers of Magistrate Judge Richard Seeborg

No. C
ORDER