**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____

www.cand.uscourts.gov

Richard W. Wieking                                General Court Number
Clerk                                                       408.535.5364

**July 29, 2010**

## CASE NUMBER:  CV 09-04302 RS
## CASE TITLE:  PLASPRO GMBH-v-TIMOTHY GENS, ET AL

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose**  division.

**Honorable Patricia V. Trumbull**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PVT**  immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date:  7/29/2010

FOR THE EXECUTIVE COMMITTEE:

_____
                                    Clerk

NEW CASE FILE CLERK:              7/29/2010

Copies to: Courtroom Deputies      7/29/2010      Special Projects
Log Book Noted                          7/29/2010      Entered in Computer    7/29/2010

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 7/29/2010      Transferor CSA   Bjw