UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PLASPRO GMBH, ) | Case No.: C 09-04302 PVT |
| ) | |
| Plaintiff, ) | **ORDER CONTINUING CASE** |
| ) | **MANAGEMENT CONFERENCE** |
| v. ) | |
| ) | |
| TIMOTHY GENS, ET AL. ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |

On November 16, 2010, plaintiff Plaspro GMBH appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the Joint Initial Case Management Conference Statement and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to January 11, 2011 at 2:00 p.m.

Dated:   November 18, 2010

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*