1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12   PLASPRO GMBH,                    )          Case No.: C 09-4302 PSG
                                      )
13                    Plaintiff,      )          **CASE MANAGEMENT ORDER**
                                      )
14        v.                          )
                                      )
15   TIMOTHY GENS, ET AL,             )
                                      )
16                    Defendants.     )
     _____ )
17

18        On January 11, 2011, the parties appeared before Magistrate Judge Paul S. Grewal for a case

19   management conference.  Based on the parties' Joint Case Management Statement and the

20   discussions held at the case management conference,

21        IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual

22   and legal issues as set forth in the Case Management Statement.

23        IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other

24   amendments to the pleadings, is sixty days after entry of this order.

25        IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the

26   Federal Rules of Civil Procedure apply.

27        IT IS FURTHER ORDERED that the parties shall participate in mediation.  The parties shall

28   promptly contact the court's ADR department to make the appropriate arrangements.  The mediation

1   shall be held within 90 days after entry of this order.

2        IT IS FURTHER ORDERED that the following schedule shall apply to this case:

3   Fact Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 1, 2011

4   Designation of Opening Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . June 14, 2011

5   Designation of Rebuttal Experts with Reports . . . . . . . . . . . . . . . . . . . . . . . . . July 12, 2011

6   Expert Discovery Cutoff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . July 26, 2011

7   Deadline(s) for Filing Discovery Motions . . . . . . . . . . . . . . . . . . . . *See* Civil Local Rule 37-3

8   Last Day for Dispositive Motion Hearing[1] . . . . . . . . . . . 10:00 a.m. on September 27, 2011

9   Final Pretrial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . 2:00 p.m. on November 22, 2011

10  Trial . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9:30 a.m. on January 2, 2012

11       IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil

12  Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy

13  of which is available from the Clerk of the Court,[2] with regard to the timing and content of the Joint

14  Pretrial Statement, and all other pretrial submissions.

15  Dated: January 13, 2011

16                                 _____

                               PAUL S. GREWAL

17                                 United States Magistrate Judge

18

19

20

21

22

23

24

25

---

26      [1]     This is the last date for *hearing* dispositive motions.  Any such motions must be noticed in compliance with Civil Local Rule 7-2(a).

27      [2]     A copy of Judge Grewal's standing order is also available on the court's website at

28  www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Grewal's name, then on the link for "Magistrate Judge Grewal's Standing Orders," and finally on the link for "Judge Grewal's Civil Standing Order."

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28