David S. Harris (SBN 215224)
NORTH BAY LAW GROUP
116 E. Blithedale Ave., Suite No. 2
Mill Valley, CA 94941
Telephone: (415) 388-8788
Facsimile: (415) 388-8770

Attorneys for Plaintiff
PLASPRO GMBH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLASPRO GMBH, | Case No. CV-09-04302-PSG |
| Plaintiff, | **STIPULATION AND** xxxxxxxxxxxxxx **ORDER EXTENDING PLAINTIFF PLASPRO GMBH'S DEADLINE TO FILE AN AMENDED COMPLAINT** |
| v. | |
| TIMONTHY GENS, ET AL., | |
| Defendants. | |

The parties hereby jointly stipulate as follows:

WHEREAS, on March 21, 2011, United States Magistrate Judge Paul S. Grewal issued an Order Granting-In-Part And Denying-In-Part Defendants' Motion To Dismiss; Order Denying Motion to Strike ("Order").  In the Order, the Court granted Plaintiff leave to file an Amended Complaint on or before April 4, 2011;

WHEREAS, the Court referred the instant matter to mediation through the ADR Department of the Northern District of California.  On March 31, 2011, the parties engaged in mediation with Mr. David M. Bluhm at the law offices of Reed Smith in Oakland, California.  At the mediation, the parties entered into a Memorandum of Understanding that outlines the terms by which the parties have agreed to enter into a Settlement Agreement, which if and when finalized, will dismiss the instant litigation;

WHEREAS, the Memorandum of Understanding outlines certain conditions that are to occur within the next two weeks.  Upon satisfactory completion of those conditions, the Settlement Agreement will become finalized and the case dismissed.

WHEREAS, in order to allow the parties additional time in order to work towards finalizing the settlement of this matter, the parties hereby stipulate to extend by 30-days Plaintiff PLASPRO GMBH's deadline to file an Amended Complaint;

WHEREAS, during the period of time the parties are working towards finalizing the settlement of this matter, Plaintiff agrees to continue Defendants' noticed depositions and Plaintiff's corresponding document requests;

///
///
///
///
///
///
///

2

Case No.  09-CV-04302-PSG

IT IS THEREFORE STIPULATED AND AGREED, and the parties respectfully request that the Court grant Plaintiff a 30-day extension of its deadline to file an Amended Complaint. Thus, Plaintiff must file an Amended Complaint on or before May 4, 2011.

**IT IS SO STIPULATED.**

                                                    Respectfully submitted,

Date: March 31, 2011                     TIMOTHY GENS

                                                    By           /s/
                                                               Timothy Gens

                                                  Attorney for Defendant
                                                  Timothy Gens in *Pro Per*, and Defendant
                                                  ChemAcoustic Technologies, Inc.

Date: March 31, 2011                     NORTH BAY LAW GROUP

                                                   By           /s/
                                                               David S. Harris

                                                 Attorney for Plaintiff
                                                 PLASPRO GMBH

**IT IS HEREBY ORDERED AS FOLLOWS:**

Plaintiff PLASPRO GMBH's deadline to file an Amended Complaint shall be extended and Plaintiff PLASPRO GMBH must now file an Amended Complaint on or before May 4, 2011.

DATED: April _4_, 2011                  _____

                                                 Honorable Paul S. Grewal
                                                 *United States Magistrate Judge*

# PROOF OF SERVICE

I declare under the penalty of perjury that I, David S. Harris, am a citizen of the United States and I am employed in the County of Marin. I am over the age of eighteen years and not a party to the within action. My business address is North Bay Law Group, 116 E. Blithedale Ave., Suite No. 2, Mill Valley, CA 94941.

On the date below, I caused the following documents:

**STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF PLASPRO GMBH'S DEADLINE TO FILE AN AMENDED COMPLAINT**

to be served on the interested parties in said action, who is:

Mr. Timothy Gens
8350 West Addison Avenue
Chicago, IL 60634
Facsimile – 877-448-1801

Law Offices of Bobby Lau
75 E. Santa Clara Street, Suite 295
San Jose, CA 95113
Facsimile – 408-295-9830

**[_X_] BY E-Filing.**

I uploaded a true copy thereof onto U.S. District Court, California Northern District Official Court Electronic Document Filing System.

I declare under the penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed on March 31, 2011, at Mill Valley, California.

_____/s/_____
DAVID S. HARRIS

4

Case No. 09-CV-04302-PSG